GEORGE I. THOMAS, PETITIONER-APPELLANT, v. BOARD OF EDUCATION OF THE TOWNSHIP OF MORRIS, IN THE COUNTY OF MORRIS, RESPONDENT-RESPONDENT.

Argued March 8, 1966—Decided April 4, 1966.

*Mr. Abraham Natovitz* argued the cause for appellant.

*Mr. Bertram Polow* argued the cause for respondent (*Mr. Robert J. DelTufo,* on the brief).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the majority opinion of the Appellate Division. 89 *N. J. Super.* 327 (*App. Div.* 1965). We reserve, however, the question whether *mere execution* of the three-year contract of employment entered into on August 18, 1961 between Thomas and the Board of Education, even if it had been a valid one, would have given tenure to Thomas.

*For affirmance* — Chief Justice Weintraub and Justices Jacobs, Francis, Proctor, Hall and Schettino—6.

*For reversal*—None.